UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSTANT OTTRO BAHI, <u>et al.</u>, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case Number: 1:07CV1650 (JDB) ) |
| MICHAEL B. MUKASEY, Attorney General, <u>et al.</u>, | ) ) ) ) |
| Defendants. | ) ) ) |

**NOTICE OF APPEARANCE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendants in the above-captioned action.

Dated: January 2, 2008                    Respectfully submitted,


　　　/s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov