UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSTANT OTTRO BAHI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL B. MUKASEY, Attorney General, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case Number: 1:07CV1650 (JDB) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Michael B. Mukasey et al., through undersigned counsel, hereby request that the Court grant Defendants a 30-day enlargement of time to answer Plaintiffs' Complaint, making Defendants' Answer due February 4, 2008. Defendants' answer currently is due January 4, 2008. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiffs December 31, 2007 in an effort to obtain Plaintiffs' position on this motion. However, counsel for Plaintiffs had not responded as of the time this motion was filed.

This is an immigration case, arising out of an asylum petition filed by Plaintiff Fatou Florence Kouadio. Plaintiffs' mandamus complaint asks the Court to order Defendants to complete the background checks and make a final ruling on the asylum petition.

Defendants wish to answer the complaint expeditiously. However, to prepare an answer, or otherwise respond to Plaintiffs' complaint, the undersigned must consult with the Department of Homeland Security, the FBI, and other agency defendants concerning Plaintiffs' factual

allegations, the status of the asylum application, any other relevant information concerning Plaintiffs that may be in Defendants' files, and the facts that support any defense Defendants may raise. Counsel has made a good faith effort to complete those tasks in advance of January 4, 2008. However, counsel for Defendants needs additional time to complete that factual investigation and review of the record, and to prepare Defendants' responsive pleading.

Defendants have not previously requested that this Court enlarge the time for filing any pleading. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendants an additional 30 days to answer Plaintiffs' Complaint should cause no prejudice.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT Defendants' Motion for Extension of Time to File Answer.

Dated: January 2, 2008                    Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　  /s/   by RMM
　　　　　　　　　　　　　　　　　　　JEFFREY A. TAYLOR, D.C. BAR # 498610
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　  /s/   by RMM
　　　　　　　　　　　　　　　　　　　RUDOLPH CONTRERAS, D.C. BAR #434122
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　　　　　  /s/ Robin M. Meriweather
　　　　　　　　　　　　　　　　　　　ROBIN M. MERIWEATHER, D.C. Bar. # 490114
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　555 Fourth St., N.W.
　　　　　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　　　　　Phone: (202) 514-7198
　　　　　　　　　　　　　　　　　　　Fax: (202) 514-8780
　　　　　　　　　　　　　　　　　　　Robin.Meriweather2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of January, 2008, I caused the foregoing Motion for Extension of Time to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

R. Scott Oswald, Esq.
The Employment Law Group PC
888 17th Street NW, Suite 900
Washington, DC 20006

                                                      /s/ *Robin M. Meriweather*
                                          ROBIN M. MERIWEATHER, D.C. Bar # 490114

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
CONSTANT OTTRO BAHI, <u>et al.</u>,      )
                                    )
            Plaintiffs,             )
                                    )
      v.                            )   Case Number:  1:07CV1650 (JDB)
                                    )
MICHAEL B. MUKASEY, Attorney General, )
<u>et al.</u>,                           )
                                    )
            Defendants.             )
                                    )
_____ )

**ORDER**

Upon consideration of Defendants' Consent Motion for Extension of Time to File Answer, it is this _____ day of _____, 2008,

ORDERED that Defendants' Motion for Extension of Time to File Answer be and is hereby GRANTED.

It is further ORDERED that Defendants shall must submit an Answer or otherwise respond to Plaintiff's Complaint by February 4, 2008.

SO ORDERED.

_____
United States District Judge