UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
CONSTANT OTTRO BAHI, et al.,     )
                                                    )
        Plaintiffs,              )
                                                    )
    v.                                          )  Case Number: 1:07CV1650 (JDB)
                                                    )
MICHAEL B. MUKASEY, Attorney General,  )
et al.,                                              )
                                                    )
        Defendants.             )
                                                    )
_____)

**MOTION FOR EXTENSION OF TIME TO FILE REPLY**

    Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Michael B. Mukasey et al., through undersigned counsel, hereby request that the Court grant Defendants a 7-day enlargement of time to file a reply in support of Defendants' Motion to Dismiss, making Defendants' Reply due March 6, 2008. Defendants' answer currently is due February 28, 2008. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiffs January 27, 2008 in an effort to obtain Plaintiffs' position on this motion. However, counsel for Plaintiffs had not responded as of the time this motion was filed.

    There is good cause to grant this enlargement. Counsel for Defendants has made a good faith effort to complete Defendants' reply in advance of the current deadline. However, the undersigned Assistant United States Attorney has been out of the office on sick leave since February 26, 2008, due to an unanticipated health concern. As a result, the undersigned has been unable to prepare Defendants' reply brief in a timely manner. This modest 7-day enlargement of the deadline for Defendants' reply brief should cause no prejudice to either party.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT Defendants' Motion for Extension of Time to File a Reply

Dated: February 28, 2008  Respectfully submitted,

　/s/   by RMM
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

　/s/   by RMM
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

　/s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2008, I caused the foregoing Motion for Extension of Time to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

R. Scott Oswald, Esq.
The Employment Law Group PC
888 17th Street NW, Suite 900
Washington, DC 20006

        /s/ *Robin M. Meriweather*
ROBIN M. MERIWEATHER, D.C. Bar # 490114

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CONSTANT OTTRO BAHI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL B. MUKASEY, Attorney General, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case Number:  1:07CV1650 (JDB)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of Defendants' Consent Motion for Extension of Time to File Reply it is this _____ day of _____, 2008,

ORDERED that Defendants' Motion for Extension of Time to File Answer be and is hereby GRANTED.

It is further ORDERED that Defendants shall must submit an Answer or otherwise respond to Plaintiff's Complaint by March 6, 2008.

SO ORDERED.

_____
United States District Judge