UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONSTANT OTTRO BAHI, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**MICHAEL B. MUKASEY, et al.,**<br><br>Defendants. | Civil Action No. 07-1650 (JDB) |

### ORDER

On September 19, 2007, plaintiffs filed the instant complaint for declaratory judgment and petition for writ of mandamus regarding the Application for Asylum filed on November 17, 2004, by Fatou Florence Kouadio, the principal asylum applicant. At that time, the FBI had not yet completed plaintiffs' name checks. As almost one year has passed following the initiation of this action, it is hereby

**ORDERED** that defendants shall file a status report by not later than August 20, 2008, informing the Court of the status of plaintiffs' name checks and the adjudication of their asylum applications.[1]

/s/
JOHN D. BATES
United States District Judge

Date:  August 15, 2008

---

[1] The Court notes that in a recent mandamus action seeking adjudication of an I-485 immigration application for permanent residence, defendants informed the Court that plaintiff's pending name check had been completed and that USCIS could soon be in a position to adjudicate plaintiff's application, obviating the need for further litigation. See Goddard v. Scharfen, CA No. 08-1024 (D.D.C.), Dkt. No. 5.