# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSTANT OTTRO BAHI, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case Number: 1:07CV1650 (JDB) |
| ) | |
| MICHAEL B. MUKASEY, Attorney General, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby agree that the

above-captioned case be voluntarily dismissed without prejudice. Each side shall bear its own

costs and fees.

_Roht Oswald_

ROBERT L. OSWALD
DANIELLE L.C. BEACH
Beach-Oswald Immigration Law
Associates, PC
888 17th Street, NW, Suite 310
Washington, DC 20006
Phone: 202.331.3074
Fax: 202.280.6438
DBeach@Beach-Oswald.com
*Counsel for Plaintiff*

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

ROBIN M. MERIWEATHER, D.C. Bar # 490114
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7198; Fax (202) 514-8780
Robin.Meriweather2@usdoj.gov
*Counsel for Defendants*